UNITED STATES DISTRICT COURT
DISTRICT COURT OF MINNESOTA

| | |
|---|---|
| CHARLES R. BLACKBURN, Derivatively on Behalf of Nominal Defendant 3M COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL F. ROMAN, et al.,<br><br>Defendants,<br><br>and<br><br>3M COMPANY,<br><br>Nominal Defendant. | Case No. 0:21-cv-00370-NEB-KMM<br><br><br><br>NOTICE OF WITHDRAWAL AND SUBSTITUTION OF LOCAL COUNSEL |

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorneys hereby notify the Court and counsel that plaintiff has retained Seth Leventhal of Leventhal PLLC to substitute as local counsel for Gustafson Gluek PLLC in this case. Benjamin Isaac Sachs-Michaels and Pavithra Rajesh of Glancy Prongay & Murray LLP will continue to represent plaintiff.

Dated:  March 17, 2021

By: /s/ Daniel C. Hedlund
**GUSTAFSON GLUEK PLLC**
Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
David A. Goodwin (#0386715)
Mary M. Nikolai (#0400354)
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844

1

        E-mail: dgustafson@gustafsongluek.com
        E-mail: dhedlund@gustafsongluek.com
        E-mail: dgoodwin@gustafsongluek.com
        E-mail: mnikolai@gustafsongluek.com

*Withdrawing Local Counsel*

Dated: March 17, 2021

By: /s/ Seth Leventhal
**LEVENTHAL PLLC**
Seth Leventhal (#263357)
4406 W. 42nd Street
Edina, MN 55416
Telephone: 612-234-7349
Fax: 612-437-4980
E-mail: seth@leventhalpllc.com

*New Local Counsel*

Benjamin I. Sachs-Michaels
**GLANCY PRONGAY & MURRAY LLP**
712 Fifth Avenue
New York, New York 10019Notic
Telephone: (212) 935-7400
E-mail: bsachsmichaels@glancylaw.com

Robert V. Prongay
Pavithra Rajesh
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
E-mail: rprongay@glancylaw.com

Alfred G. Yates, Jr.
**LAW OFFICE OF ALFRED G. YATES, JR.**
1575 McFarland Road, Suite 305
Pittsburgh, Pennsylvania 15216
Telephone: (412) 391-5164

*Additional Counsel for Plaintiff*