**UNITED STATES DISTRICT COURT**
**DISTRICT COURT OF MINNESOTA**

| | |
|---|---|
| IN RE 3M COMPANY STOCKHOLDER DERIVATIVE LITIGATION | Master File No. 21-cv-370 (NEB/KMM)<br><br>**JOINT STIPULATION REGARDING CONSOLIDATED AMENDED COMPLAINT AND BRIEFING SCHEDULE FOR MOTION TO DISMISS** |

WHEREAS, Plaintiff Richard D. Tunick previously filed a verified shareholder derivative complaint captioned *Tunick, on Behalf of Himself and Derivatively on Behalf of 3M Company v. Brown*, No. 21-cv-389 (NEB/KMM) (the "*Tunick* Action"), which referenced documents provided to him in May and June 2020 pursuant to a demand under § 220 of the Delaware General Corporation Law (the "220 Materials");

WHEREAS, Plaintiff Charles R. Blackburn previously filed a verified shareholder derivative complaint captioned *Blackburn, Derivatively on Behalf of Nominal Defendant 3M Company v. Roman*, No. 21-cv-370 (NEB/KMM) (the "*Blackburn* Action");

WHEREAS, on April 14, 2021, this Court consolidated, under the above caption, the *Tunick* Action and the *Blackburn* Action (the "Consolidated Derivative Action");

WHEREAS, on April 14, 2021, the Court stayed the Consolidated Derivative Action pending its decision on the then-pending motion to dismiss the operative complaint in the related matter, *In re 3M Company Securities Litigation*, No. 20-cv-2488 (NEB/KMM) (the "Securities Litigation");

1

WHEREAS, on September 30, 2021, the Court dismissed the operative complaint in the Securities Litigation, and entered judgment in the defendants' favor on October 1, 2021;

WHEREAS, on October 20, 2021, the Court extended the stay of the Consolidated Derivative Action until (a) the time to appeal the dismissal of the operative complaint in the Securities Litigation expired or (b) the resolution of any appeal of the Securities Litigation;

WHEREAS, on November 1, 2021, the time to appeal the dismissal of the operative complaint in the Securities Litigation expired;

WHEREAS, Plaintiffs intend to file a consolidated amended complaint;

WHEREAS, Defendants and Nominal Defendant anticipate moving to dismiss any consolidated amended complaint; and

WHEREAS, the parties have resolved the issue concerning Blackburn's access to the 220 Materials.

NOW, THEREFORE, given the time periods described above, it is agreed to by the parties that:

1.      Plaintiffs shall file a consolidated amended complaint by February 16, 2022;

2.      Defendants and Nominal Defendant shall file their motion to dismiss the consolidated amended complaint by May 17, 2022;

3.      Plaintiffs shall file their opposition to Defendants' motion to dismiss by August 1, 2022; and

4.      Defendants and Nominal Defendant shall file their reply in further support of their motion to dismiss by September 30, 2022.

Dated: December 22, 2021

By: /s/ Seth Leventhal

**LEVENTHAL PLLC**
Seth Leventhal
4406 W. 42nd Street
Edina, MN 55416
Telephone: (612) 234-7349
Facsimile: (612) 437-4980
Email: seth@leventhalpllc.com

*Liaison Counsel for Plaintiffs*

**GLANCY PRONGAY & MURRAY LLP**
Benjamin I. Sachs-Michaels
712 Fifth Avenue
New York, NY 10019
Telephone: (212) 935-7400
E-mail: bsachsmichaels@glancylaw.com

-and-

Robert V. Prongay
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
E-mail: rprongay@glancylaw.com

**LAW OFFICE OF ALFRED G. YATES, JR.**
Alfred G. Yates, Jr.
300 Mt. Lebanon Boulevard Suite 206B
Pittsburgh, PA 15234
Telephone: (412) 391-5164

*Counsel for Plaintiff Charles R. Blackburn*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

Scott R. Jacobsen
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 519-0521
Facsimile: (212) 223-6334
sjacobsen@scott-scott.com

-and-

Geoffrey M. Johnson
12434 Cedar Road, Suite 12
Cleveland Heights, OH 44106
Telephone: (216) 229-6088
Facsimile: (860) 537-4432
gjohnson@scott-scott.com

*Counsel for Plaintiff Richard Tunick*

Dated: December 22, 2021

**FAEGRE DRINKER BIDDLE & REATH LLP**

/s/ Wendy J. Wildung
Wendy J. Wildung (#117055)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Tel: (612) 766-7000
wendy.wildung@faegredrinker.com

-and-

4

**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
Meredith E. Kotler
Mary J. Eaton
Scott A. Eisman
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 277-4000
meredith.kotler@freshfields.com
mary.eaton@freshfields.com
scott.eisman@freshfields.com

*Counsel for Nominal Defendant 3M Company and Defendants Michael F. Roman, Inge G. Thulin, Nicholas C. Gangestad, Thomas K. Brown, David B. Dillon, Michael L. Eskew, Herbert L. Henkel, Amy E. Hood, Muhtar Kent, Dambisa F. Moyo, Gregory R. Page, Patricia A. Woertz, Edward M. Liddy, Sondra L. Barbour, Vance D. Coffman, Robert J. Ulrich, Pamela Craig, Ippo Vrohidis, and Teri Reinseth*