# UNITED STATES DISTRICT COURT
# DISTRICT COURT OF MINNESOTA

---

IN RE 3M COMPANY STOCKHOLDER
DERIVATIVE LITIGATION

Lead Case No. 21-cv-370 (NEB/JFD)

**ORDER**

---

Based on the parties' Joint Stipulation Regarding Consolidated Amended Complaint and Briefing Schedule for Motion to Dismiss (ECF No. 34), the Court makes the following order:

1.  Plaintiffs shall file a consolidated amended complaint by February 16, 2022;

2.  Defendants and Nominal Defendant shall file their motion to dismiss the consolidated amended complaint by May 17, 2022;

3.  Plaintiffs shall file their opposition to Defendants' motion to dismiss by August 1, 2022; and

4.  Defendants and Nominal Defendant shall file their reply in further support of their motion to dismiss by September 30, 2022.

IT IS SO ORDERED.


Dated: January 3, 2022

s/Nancy E.  Brasel
Nancy E. Brasel
United States District Judge