**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| IN RE 3M COMPANY STOCKHOLDER DERIVATIVE LITIGATION | Case No. 21-CV-370 (NEB/JFD) |
| | SEALING ORDER |

---

Defendants filed a motion to dismiss with the Court on May 17, 2022. Some of the filings were filed under seal during the briefing of the motion. The Court held a hearing on January 11, 2023 in open court. The ruling on the motion to dismiss is as follows:

1. Defendants' Motion to Dismiss (ECF No. 51) is GRANTED. LET JUDGMENT BE ENTERED ACCORDINGLY. This order can be found at ECF No. 77.

2. Since some documents referred to on the docket are filed under seal, the Court has filed its order under seal as a precaution. The parties shall review the order and submit proposed redactions, if any, to the Court's Order within 14 days. At that time the Court will either unseal the final order or file a redacted version of its order.

Dated: March 30, 2023

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Court